UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHERMAN BURTON                                              CIVIL ACTION

VERSUS                                                      NO. 11-1781

N. BURL CAIN                                                SECTION "C"(4)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation by the Petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The issue of timeliness of the petition is moot. The Court finds that Petitioner has not met the standard to demonstrate Prosecutor's use of perjured testimony, or ineffective assistance of counsel. Nor has the Petitioner demonstrated that there was not sufficient evidence. Therefore,

**IT IS ORDERED** that Sherman Burton's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of November, 2012.

UNITED STATES DISTRICT JUDGE